UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>AUTO GLASS DEALERS ASSOCIATION,<br>INC., *et al.*,<br>    Defendants. | 1:20-mc-788<br><br>(originally Civil Action No. 147-53) |

### ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:** That said final judgment is hereby terminated. The Clerk of Court is requested to close this Miscellaneous case.

Dated: January 8, 2021

/s/ Laura Taylor Swain
United States District Court Judge
Southern District of New York